UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |   3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Kathryn Blanton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10098-DRH |
| *Lisa Ellis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10176-DRH |
| *Beth Griffin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10165-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 14, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

> NANCY J. ROSENSTENGEL,
> CLERK OF COURT
>
> BY:  /s/*Sara Jennings*
>     **Deputy Clerk**

Dated: May 20, 2013

Digitally signed by David R. Herndon
Date: 2013.05.20 10:57:20 -05'00'

APPROVED:
  CHIEF JUDGE
  U. S. DISTRICT COURT